**QUINTANA HANAFI, LLP**
Rory Quintana, SBN 258747
870 Market St., Ste. 819
San Francisco, CA 94102
Tel.: (415) 504-3121
Fax: (415) 233-8770
rory@qhplaw.com

*Attorney for Plaintiff Marilyn de Illy*

**MORGAN LEWIS & BOCKIUS LLP**
Nicole Antonopoulos, SBN 306882
nicole.antonopoulos@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel.: (415) 442-1000
Fax: (415) 442-1001

*Attorneys for Defendant Bed Bath & Beyond Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARILYN DE ILLY,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**BED BATH & BEYOND, INC.** a New York corporation; and **DOES 1 through 10**, inclusive,<br><br>Defendants. | Case No. 3:21-cv-08119-TLT<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB1/ 120162635.1

1

STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)
(CASE NO. 3:21-CV-08119-TLT)

IT IS HEREBY STIPULATED by and between Plaintiff Marilyn de Illy ("Plaintiff") and Defendant Bed Bath & Beyond Inc. ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, that this entire case be and hereby is voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own respective attorneys' fees and costs of suit incurred in connection with this Action and its dismissal. All parties that have appeared in this action have consented and agreed to the dismissal with prejudice pursuant to this Stipulation, and accordingly this dismissal is effective "without a court order" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated: October 19, 2022                         QUINTANA HANAFI, LLP


                                                By: /s/ Rory Quintana
                                                    Rory Quintana

                                                    Attorneys for Plaintiff
                                                    MARILYN DE ILLY

Dated: October 19, 2022                         MORGAN, LEWIS & BOCKIUS LLP


                                                By: /s/ Nicole L. Antonopoulos
                                                    Nicole L. Antonopoulos

                                                    Attorneys for Defendant
                                                    BED BATH & BEYOND INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB1/ 120162635.1

1

STIPULATION TO DISMISS ACTION
WITH PREJUDICE PURSUANT TO FRCP
41(A)(1)(A)(II)
(CASE NO. 3:21-CV-08119-TLT)

**FILER'S ATTESTATION**

I, Nicole L. Antonopoulos, am the ECF user whose identification and password are being used to file this Stipulation to Dismiss Action with Prejudice on behalf of Plaintiff Marilyn de Illy and Defendant Bed Bath & Beyond Inc. In compliance with L.R. 5-1(i)(3), I hereby attest that all signatories on this Stipulation concur in this filing.

Dated: October 19, 2022                                MORGAN, LEWIS & BOCKIUS LLP


                                                       By: /s/ Nicole L. Antonopoulos
                                                           Nicole L. Antonopoulos

                                                       Attorneys for Defendant
                                                       BED BATH & BEYOND INC.

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Silicon Valley

DB1/ 120162635.1

2

STIPULATION TO DISMISS ACTION
WITH PREJUDICE PURSUANT TO FRCP
41(A)(1)(A)(II)
(CASE NO. 3:21-CV-08119-TLT)